UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT AKARD, | ) | Case No. 5:16-CV-02233 |
| Plaintiff, | ) | |
| | ) | Judge Sara Lioi |
| vs. | ) | |
| RODNEY WAYNE ELDRIDGE, *et al.*, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S PRELIMINARY BUDGET ESTIMATE OF
ANTICIPATED AMOUNT OF ATTORNEYS' FEES AND EXPENSES**

Counsel for Plaintiff, Robert Akard, in compliance with the section of this Court's May 2, 2017 Case Management Conference Scheduling Order (Doc. 49), submits the following preliminary estimate and/or budget of the amount of fees and expenses anticipated to be sought regarding claims in which attorney's fees will be sought:

| Attorney's Fees | | Costs | |
|---|---|---|---|
| Preliminary Investigation & Filing of Complaint | $12,000.00 | Depositions | $ 8,000.00 |
| Procedural Motions Practice | $12,000.00 | Experts | $ 3,000.00 |
| Discovery | $25,000.00 | Witness Fees | $    500.00 |
| Dispositive Motion Practice | $15,000.00 | Other | $ 1,500.00 |
| Pretrial Court Appearances | $ 5,000.00 | | |
| Pretrial Motions/Instructions | $ 6,000.00 | | |
| Trial | $30,000.00 | | |
| **TOTAL FEES** | **$129,000.00** | | **$13,000.00** |

{01029054}

Respectfully submitted,

/s/ *Rachel L. Steinlage*
Rachel L. Steinlage (0079450)
*rsteinlage@meyersroman.com*
Aaron M. Minc (0086718)
*aminc@meyersroman.com*
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Boulevard, Suite 500
Cleveland, Ohio 44122
Phone: (216) 831-0042
Fax:    (216) 831-0542
*Attorneys for Plaintiff, Robert Akard*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2017, a true and correct copy of the foregoing *Plaintiff's Preliminary Budget Estimate of Anticipated Amount of Attorneys' Fees and Expenses* was served through the Court's electronic filing system on Daniel J. Funk and Anthony E. Brown, Baker, Dublikar, Beck, Wiley & Mathews, 400 S. Main Street, North Canton, Ohio 44720 at *funk@bakerfirm.com* and *tonyb@bakerfirm.com*, counsel for Defendants Eldridge, Shaw, Blake, Graham, Granzow, Rawles, and Austin; and on Defendant Lori Felgenhauer Caraballo by regular U.S. mail, postage prepaid, at 5421 West Smith Valley Road, Greenwood, IN 46142.

/s/ *Rachel L. Steinlage*
Rachel L. Steinlage (0079450)